```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
RONALD BLACKWELL,                           :
                                            :
                Plaintiff,                  :
                                            :   Case No: 1:20-cv-02267-ALC
                                            :
        -against-                           :
                                            :
FORESCOUT TECHNOLOGIES INC.,                :
MICHAEL DECESARE, THERESIA GOUW,            :
JAMES BEER, DAVID DEWALT,                   :
ELIZABETH HACKENSON, MARK                   :
JENSEN, KATHY MCELLIGOTT, ENRIQUE           :
SALEM, and HEZY YESHURUN,                   :
                                            :
Defendants,                                 :
                                            :
                Defendants.                 :
------------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 8, 2020

**OF COUNSEL:**
**ADEMI & O'REILLY, LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
       jfruchter@ademilaw.com

*Attorneys for Plaintiff*

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*